Isidore Spinner, Respondent, v. Booth & Flinn, Ltd., Appellant.— Order so far as appealed from modified by further granting the motion for a bill of particulars as to item numbered 3 in the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

George Eisenberg, Appellant, v. Afner Reasenberg, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of Alexander H. White, Respondent, for the Appointment of an Arbitrator on Behalf of Henry Bernstein and Another, Appellants, and Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of Muriel L. Newton, Respondent, for an Order that Arbitration Proceed Between Said Muriel L. Newton and Edmond B. Bronson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Walter McKinley Woodward, Respondent, v. Fifth Avenue Coach Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Beckie Gelt, Respondent, v. Ray Levine and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Ethel J. Howard, Otherwise Known as Sadie Howard, Appellant, v. Benjamin Franklin and Another, as Administrators, etc., of Joseph Dessauer, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Philip S. Goldrich, Appellant, v. Maurice Campagnolia, Respondent.— Order of December 8, 1925, reversed, with ten dollars costs and disbursements to the appellant, and order of December 2, 1925, reinstated. The bill of particulars to be served within five days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Grace Davis, Appellant, v. Arthur Lewis, Respondent.— Order reversed, with ten dollars costs and disbursements to the appellant, but with leave to the defendant to move to open his default upon proper papers. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of James Mitchell, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Charles Minervini v. Angelina Minervini.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before March 3, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.